1  HAYNES AND BOONE, LLP
   Tamara I. Devitt (Bar No. 209683)
2     tamara.devitt@haynesboone.com
   Matthew E. Costello (Bar No. 295062)
3     matthew.costello@haynesboone.com
4  600 Anton Boulevard, Suite 700
   Costa Mesa, California 92626
5  T: (949) 202-3000 | F: (949) 202-3001

6
   Attorneys for Defendant
7  NABORS DRILLING USA, LP

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | JEREMY PORTER, an individual | Case No. 1:15-cv-00805-MCE-JLT |
12 | Plaintiff, | Assigned to: |
13 | v. | Chief U.S. District Judge Morrison C. England, Jr. |
14 | | |
15 | NABORS DRILLING USA, L.P., a Limited Partnership organized under the laws of the State of Delaware; and DOES 1 through 50, | **JOINT STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT** |
16 | | Complaint Filed:   April 9, 2015 |
17 | Defendants. | Date Removed:    May 26, 2015 |

**JOINT STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT**

**WHEREAS**, pursuant to the Order Requiring Joint Status Report (ECF No. 18), the Joint Status Report of Plaintiff Jeremy Porter ("Plaintiff") and Defendant Nabors Drilling USA, LP ("Defendant") (the "Parties") is due on or before September 14, 2015.

**WHEREAS**, on August 17, 2015, on its own motion and pursuant to Local Rule 230(g), the Court ordered that Defendant's Motion to Compel Arbitration and Dismiss Claims (ECF Nos. 9-11) ("Motion") be submitted without oral argument and vacated the August 20, 2015 hearing on the Motion.

**WHEREAS**, Defendant's Motion requests either: (1) that the Court require Plaintiff to arbitrate his individual claims, and dismiss Plaintiff's individual claims and representative action claim under California's Private Attorney General Act ("PAGA"); or (2) if the Court were to grant Defendant's Motion only as to Plaintiff's individual claims but not as to Plaintiff's representative action claim under PAGA, that the Court stay the PAGA claim during the pendency of the arbitration.

**WHEREAS**, as of the date of this Joint Stipulation, the Court has not yet ruled on Defendant's Motion.

**WHEREAS**, the Parties believe that it is necessary for the Court to rule on Defendant's Motion prior to the Parties' drafting of a Joint Status Report.  Without a ruling on Defendant's Motion to determine which of Plaintiff's claims are compelled to arbitration, remain in the Court's jurisdiction, and/or are stayed by the Court, the Parties cannot provide the Court with an accurate depiction of the matters requested to be incorporated into the Joint Status Report, including, without limitation: (1) a summary of the claims and defenses; (2) anticipated exchange of initial disclosures; (3) a discovery plan, including whether discovery should be conducted in phases, and discovery cutoffs; (4) anticipated expert discovery; (5) pretrial procedures; and (6) prospects for settlements.

/ / /

/ / /

/ / /

**NOW, THEREFORE**, the Parties, by and through their counsel of record, hereby stipulate as follows:

In light of the foregoing difficulties in drafting a Joint Status Report without the benefit of a ruling on Defendant's Motion, the Parties request that the Court extend the deadline to file a Joint Status Report, from September 14, 2015, to either September 30, 2015 or twenty-one (21) days after the Court's forthcoming order on Defendant's Motion, whichever is later.

**IT IS SO STIPULATED.**

Date:  September 2, 2015                    PETER LAW GROUP

                                            By:   /s/ Arnold P. Peter
                                                  Arnold P. Peter
                                                  Attorneys for Plaintiff JEREMY PORTER
                                                  **\*as authorized on September 2, 2015
                                                  per Local Rule 131(e)\***

Date:  September 2, 2015                    HAYNES AND BOONE, LLP

                                            By:   /s/ Matthew E. Costello
                                                  Matthew E. Costello
                                                  Attorneys for Defendant
                                                  NABORS DRILLING USA, LP

**ORDER**

Pursuant to the parties' signed stipulation, the deadline to file a Joint Status Report is extended from September 14, 2015 to September 30, 2015.

IT IS SO ORDERED.

DATED: September 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT